FILED:  June 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2537

(8:11-cv-03229-AW)

_____

JOHN DOE, Individually and as parents and next friends of J.D., a minor child;
JANE DOE, Individually and as parents and next friends of J.D., a minor child

       Plaintiffs - Appellants

v.

THE BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY;
KATHLEEN SCHWAB

       Defendants - Appellees

------------------------------

NATIONAL SCHOOL BOARDS ASSOCIATION; MARYLAND
ASSOCIATION OF BOARDS OF EDUCATION

       Amici Supporting Appellee

_____

O R D E R

_____

National School Boards Association and Maryland Association of

Boards of Education have filed an amicus curiae brief with the consent of the

parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk