UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2014

_____

RESPONSE REQUESTED
_____

No.  13-2537,     <u>John Doe v. Bd. of Edu of PG County</u>
                  8:11-cv-03229-AW

TO:   Abbey G. Hairston
      Shana Rae Ginsburg

RESPONSE DUE: 07/09/2014

Response is required to the amended motion to file amicus brief. Response must be filed by the response due date shown in this notice.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Cyndi Halupa, Deputy Clerk
804-916-2704