FILED: July 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2537
(8:11-cv-03229-AW)

_____

JOHN DOE, Individually and as parents and next friends of J.D., a minor child; JANE DOE, Individually and as parents and next friends of J.D., a minor child

      Plaintiffs - Appellants

v.

THE BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY; KATHLEEN SCHWAB

      Defendants - Appellees

------------------------------

NATIONAL SCHOOL BOARDS ASSOCIATION; MARYLAND ASSOCIATION OF BOARDS OF EDUCATION

      Amici Supporting Appellee

_____

O R D E R
_____

The court defers consideration of the motion to file amicus curiae brief out of time pending assignment of the case to a panel for review.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk