**13-2537**

Ms. Selene Ann Almazan-Altobelli
MARYLAND COALITION FOR INCLUSIVE EDUCATION
Suite 209
7257 Parkway Drive
Hanover, MD 21076-1306

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2014

---

RESPONSE REQUESTED

---

No. 13-2537,    <u>John Doe v. Bd. of Edu of PG County</u>
                8:11-cv-03229-AW

TO: Abbey G. Hairston
    Shana Rae Ginsburg

RESPONSE DUE: 07/09/2014

Response is required to the motion to file amicus brief. Response must be filed by the response due date shown in this notice.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Cyndi Halupa, Deputy Clerk
804-916-2704



CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

OFFICIAL BUSINESS

RECEIVED
2014 JUL 17 AM 10: 03
U.S. COURT OF APPEALS

FIRST CLASS

JUL 17 2014

NIXIE    212   7E  1009        0007/13/14
           RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 23219353826    *1950-02698-03-37

13-2537

Ms. Selene Ann Almazan-Altobelli
MARYLAND COALITION FOR INCLUSIVE EDUCATION
Suite 209
7257 Parkway Drive
Hanover, MD 21076-1306

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 2, 2014

---

RESPONSE REQUESTED

---

No. 13-2537,      John Doe v. Bd. of Edu of PG County
                  8:11-cv-03229-AW

TO:   Abbey G. Hairston
      Shana Rae Ginsburg

RESPONSE DUE: 07/09/2014

Response is required to the amended motion to file amicus brief. Response must be filed by the response due date shown in this notice.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Cyndi Halupa, Deputy Clerk
804-916-2704

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

OFFICIAL BUSINESS

RECEIVED
2014 JUL 17 AM 10: 04
U.S. ... OF APPEALS
... CIRCUIT

FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1R $ 00.48⁰
0006555065 JUL 03 2014
MAILED FROM ZIP CODE 23219

JUL 12 2014

NIXIE 212 5E 1009 0007/13/14
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 23219353826 *1650-01138-03-37

23219@3538
21075135099