CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

OFFICIAL BUSINESS

Ms. Selene Ann Almazan-Altobelli
MARYLAND COALITION FOR INCLUSIVE EI
Suite 209
7257 Parkway Drive
Hanover, MD 21076-1306

NIXIE    212    7E   1009         0007/17/14
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 23219353826              *1550-01501-09-37*

FIRST CLASS
JUL 25 2014
U.S. MARSHALS

MAILED FROM ZIPCODE 23219
$00.480
JUL 09 2014
0006555065
PITNEY BOWES

FILED: July 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2537

(8:11-cv-03229-AW)

_____

JOHN DOE, Individually and as parents and next friends of J.D., a minor child; JANE DOE, Individually and as parents and next friends of J.D., a minor child

      Plaintiffs - Appellants

v.

THE BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY; KATHLEEN SCHWAB

      Defendants - Appellees

------------------------------

NATIONAL SCHOOL BOARDS ASSOCIATION; MARYLAND ASSOCIATION OF BOARDS OF EDUCATION

      Amici Supporting Appellee

_____

O R D E R

_____

The court defers consideration of the motion to file amicus curiae brief out of time pending assignment of the case to a panel for review.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk